

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-16-00170-CR
## No. 10-16-00171-CR

## IN RE HERMAN LEE KINDRED

_____

## Original Proceeding

---

## MEMORANDUM OPINION

---

Petitioner, Herman Lee Kindred, asks this Court to compel the clerk of Bell County to forward Kindred's petitions or supplemental petitions for writs of habeas corpus to this Court. Even if the action was necessary to otherwise protect our jurisdiction to consider the matter, this Court of Appeals has no jurisdiction over a matter pending in Bell County absent extraordinary circumstances not applicable here. *See* TEX. GOV'T CODE ANN. § 22.201(k) (West 2004).

Accordingly, Kindred's petitions for writ of mandamus are dismissed for want of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeals dismissed
Opinion delivered and filed June 9, 2016
Do not publish
[CR25]

